

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE INTEL MARKET PRACTICES ANTITRUST LITIGATION | ) ) ) ) MDL Docket No. _____ |

## NOTICE OF RELATED ACTIONS

TO THE CLERK OF THE PANEL:

Plaintiffs Michael Brauch and Andrew Meimes ("Plaintiffs") hereby notify the Clerk of the Panel of the following related actions:

> *Law Offices of Laurel Stanley v. Intel Corp.*, Case No. C:05-2858, filed July 13, 2005, in the United States District Court for the Northern District of California, and assigned to the Hon. Elizabeth D. Laporte.
>
> *Michael K. Simon v. Intel Corp.*, No. 1:05-cv-00490, filed July 13, 2005, in the United States District Court for the District of Delaware. This action has not been assigned to a judge as of the date of this filing.
>
> *Ludy A. Chacon, et al. v. Intel Corp.*, No. 1:05-cv-00489, filed July 13, 2005, in the United States District Court for the District of Delaware. This action has not been assigned to a judge as of the date of this filing.

56763.1

*Ryan James Volden, et al. v. Intel Corp.*, No. 1:05-cv-00488, filed July 13, 2005, in the United States District Court for the District of Delaware. This action has not been assigned to a judge as of the date of this filing.

A copy of the above complaints are attached hereto as <u>Exhibit A</u>.[1] These four actions share common questions of fact with the other actions that are the subject of Plaintiffs' Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C. § 1407, submitted to the MDL Panel on July 11, 2005.

Dated: July 14, 2005

Respectfully submitted,

By: _____
Michael P. Lehmann
Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Francis O. Scarpulla
LAW OFFICES OF FRANCIS O. SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0707

Craig C. Corbitt
ZELLE HOFMANN VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Attorneys for Plaintiffs Michael Brauch and Andrew Meimes

---

[1] Plaintiffs filed a Notice of Related Actions with the Panel on July 12, 2005 listing three pending actions that are in addition to the fourteen listed on Plaintiffs' 28 U.S.C. §1407 motion filed July 11, 2005. Plaintiffs filed another Notice of Related Actions with the Panel on July 13, 2005 listing three additional actions that have been filed.

## CERTIFICATE OF SERVICE

I, Alex C. Turan, on behalf of Plaintiffs Michael Brauch and Andrew Meimes, hereby certify that true and correct copies of the following documents were served on July 14, 2005, via U.S. mail on the court, counsel and/or parties of record listed below:

- Plaintiffs Michael Brauch and Andrew Meimes' Notice of Related Actions;

- Certificate of Service;

- Cover letter to Clerk, United States District Court for the Northern District of California; and

- Cover letter to Clerk, United States District Court for the District of Delaware.

## COURTS

Clerk of Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
Telephone:   (415) 522-2000

Clerk of Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801
Telephone:   (302) 573-6170

## DEFENDANT

Intel Corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Richard A. Ripley
Bingham McCutchen LLP
1120 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone:   (202) 778-6150
Facsimile:   (202) 778-6155
**Counsel for Defendant *Intel***

PLAINTIFFS' COUNSEL IN RELATED ACTIONS

Lee M. Gordon
Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Telephone:   (213) 330-7150
Facsimile:    (213) 330-7152
**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton* and *Niehaus* Actions**

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:   (206) 623-7292
Facsimile:    (206) 623-0594
**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton* and *Niehaus* Actions**

Jeffrey F. Keller
Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone:   (415) 543-1305
Facsimile:    (415) 543-7861
**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus* and *Baxley* Actions**

Jeffrey S. Goldenberg
John C. Murdock
Murdock Goldenberg Schneider & Groh, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
Telephone:   (513) 345-8291
Facsimile:    (513) 345-8294
**Counsel for Plaintiffs in *Konieczka* and *Niehaus* Actions**

Lance A. Harke
Howard M. Bushman
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
Telephone:   (305) 536-8222
Facsimile:    (305) 536-8229
**Counsel for Plaintiff in *Prohias* Action**

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 788-7210
Facsimile:    (415) 788-0707
**Counsel for Plaintiffs in *Brauch*, *Lazio Family Products*, *Stanley* and *Cronin* Actions**

Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770
**Counsel for Plaintiffs in** *Brauch, Lazio Family Products, Stanley and Cronin* **Actions**

Mark Reinhardt
Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
Telephone:     (651) 287-2100
Facsimile:     (651) 287-2103
**Counsel for Plaintiff in** *Baxley* **Action**

Eric J. Belfi
Murray Frank & Sailer, LLP
275 Madison Avenue
New York, NY 10016
Telephone:     (212) 682-1818
Facsimile:     (212) 682-1892
**Counsel for Plaintiff in** *Baxley* **Action**

Michele C. Jackson
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone:     (415) 956-1000
Facsimile:     (415) 956-1008
**Counsel for Plaintiffs in** *Frazier* **Action**

David S. Stellings
Jennifer Gross
Lieff Cabraser Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone:     (212) 355-9500
Facsimile:     (212) 355-9592
**Counsel for Plaintiffs in** *Frazier* **Action**

Spencer Hosie
Bruce J. Wecker
Hosie McArthur LLP
One Market
Spear Street Tower, #2200
San Francisco, CA 94105
Telephone:     (415) 247-6000
Facsimile:     (415) 247-6001
**Counsel for Plaintiff in** *Dickerson* **Action**

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:   (415) 217-6813
**Counsel for Plaintiffs in *Harman Press*, *Shanghai 1930 Restaurant Partners*, and *Major League Softball* Actions**

Randy R. Renick
Law Offices of Randy R. Renick
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone:   (626) 585-9608
Facsimile:   (626) 585-9610
**Counsel for Plaintiffs in *Harman Press*, *Shanghai 1930 Restaurant Partners*, and *Major League Softball* Actions**

Scott R. Ames
Serratore Ames LLP
9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA 90212
Telephone:   (310) 205-2460
Facsimile:   (310) 205-2464
**Counsel for Plaintiff in *Major League Softball* Action**

Steven Greenfogel
Meredith Cohen Greenfogel & Skirnick, P.C.
22nd Floor, Architects Building
117 S. 17th Street
Philadelphia, PA 19103
Telephone:   (215) 564-5182
Facsimile:   (215) 569-0958
**Counsel for Plaintiff in *Allanoff* Action**

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone:   (302) 651-7500
Facsimile:   (302) 651-7701
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone:    (310) 246-6800
Facsimile:    (310) 246-6779
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:    (213) 430-6340
Facsimile:    (213) 430-6407
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19999
Telephone:    (302) 656-2500
Facsimile:    (302) 656-9053
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions**

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:    (619) 239-4599
Facsimile:    (619) 234-4599
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions**

Fred Taylor Isquith
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
Telephone:    (212) 545-4600
Facsimile:    (212) 545-4653
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions**

Mary Jane Edelstein Fait
Adam J. Levitt
Wolf Haldenstein Adler Freeman & Herz LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone:   (312) 984-0000
Facsimile:   (312) 984-0001
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell*
Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions**

Tim Semelroth
Riccolo & Semelroth, P.C.
425 Second St. SE, Suite 1140
Cedar Rapids, IA 52401
Telephone: (319) 365-9200
Facsimile: (319) 365-1114
**Counsel for Plaintiff Volden in *Volden* Action**

Ann Lugbill
2406 Auburn Avenue
Cincinnati, OH 45219
Telephone:   (513) 784-1280
Facsimile:   (513) 784-1449
**Counsel for Plaintiff Reeder in *Kidwell* Action**

Brandon N. Voelker
28 West 5th Street
Covington, KY 41011
Telephone:   (859) 491-5551
**Counsel for Plaintiff Reeder in *Kidwell* Action**

Gene Summerlin
Ogborn, Summerlin & Ogborn, P.C.
210 Windsor Place
330 South Tenth Street
Lincoln, NE 68508
Telephone:   (402) 434-8040
Facsimile:   (402) 434-8044
**Counsel for Plaintiffs JWRE, Moeller and Harms in *Kidwell* Action**

Robert J. Sharkey
Vandervoort, Christ & Fisher, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, MI 49017
Telephone:   (269) 965-7000
Facsimile:   (269) 965-0646
**Counsel for Plaintiff Rainwater in *Rainwater* Action**

Richard A. Lockridge
Robert K. Shelquist
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
**Counsel for Plaintiffs Chapman and Bjork in *Rainwater* and *Volden* Actions**

Noah Golden-Krasner
Law Offices of Noah Golden-Krasner
354 West Main Street
Madison, WI 53703
Telephone: (608) 441-8924
Facsimile: (608) 442-9494
**Counsel for Plaintiff Yaco in *Rainwater* Action**

Joel Friedlander
James G. McMillan, III
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
Facsimile: (302) 573-3501
**Counsel for Plaintiffs in *Kravitz* Action**

Daniel Hume
David Kovel
Kirby McInerney & Squire LLP
830 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
**Counsel for Plaintiffs in *Kravitz* Action**

Scott E. Chambers
Jeffrey J. Clark
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903
Telephone: (302) 674-0140
Facsimile: (302) 674-1830
**Counsel for Plaintiffs in *Ruccolo* Action**

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
Telephone: (302) 888-6509
Facsimile: (302) 658-8111
**Counsel for Plaintiffs in *Paul* Action**

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699
**Counsel for Plaintiffs in *Paul* Action**

Anthony J. Bolognese
Joshua Grabar
Bolognese & Associates, LLC
One Penn Center Plaza
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Telephone:   (215) 814-6750
Facsimile:   (215) 814-6764
**Counsel for Plaintiffs in *Paul* Action**

Steven Benz
Kellogg, Huber, Hansen, Todd,
Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Telephone:   (617) 371-1072
Facsimile:   (617) 371-1037
**Counsel for Plaintiffs in *Law offices of Laurel Stanley and Cronin* Action**

Jeffrey S. Goddess
Rosenthal, Monhait, Gross &
Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Phone:   (302) 656-4433
Facsimile:   (215) 963-0838
**Counsel for Plaintiffs in *Simon and Chacon* Actions**

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Barrack Rodos & Bacine
3300 Two Commerce Square
Philadelphia, PA 19103
Phone:   (215) 963-0600
Facsimile:   (215) 963-0838
**Counsel for Plaintiffs in *Simon* Action**

Natalie Finkleman
Bennett Shepard
Finkleman, Miller & Shah, LLC
Media, PA 19603
Phone:         (610) 891-9880
Facsimile:    (610) 891-9883
**Counsel for Plaintiffs in *Chacon* Action**

James E. Miller
Bennett Shepard
Finkleman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412-1311
Phone:         (860) 526-1100
Facsimile:    (860) 526-1120
**Counsel for Plaintiffs in *Chacon* Action**

IRA Neil Richards
R. Andrew Santillo
Trujillo Rodriguez & Richards, LLC
226 W. Rittenhouse Square, The Penthouse
Philadelphia, PA 19103
Phone:         (215) 731-9004
Facsimile:    (215) 731-9044
**Counsel for Plaintiffs in *Chacon* Action**

Douglas P. Dehler
The Dehler Law Firm, S.C.
250 N. Sunnyslope Road, Suite 300
Brookfield, WI 53005
Phone:         (262) 780-7041
Facsimile:    (262) 780-7057
**Counsel for Plaintiffs in *Chacon* Action**

Marc A. Wites
Wites & Kapetan, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
Phone:         (954) 570-8989
Facsimile:    (954) 354-0205
**Counsel for Plaintiffs in *Chacon* Action**

Charles F. Speer
Donnamarie Landsberg
104 W. 9th Street, Suite 304
Kansas City, MO 64105
Telephone:  (816) 472-3560
Facsimile:   (816) 421-2150
**Counsel for Plaintiff Vaught in *Volden* Action**

John R. Minnino
J Minnino, LLC
475 White Horse Pike
Collingswood, NJ 08107-2909
Phone: (856) 833-0600
Facsimile: (856) 833-9649
**Counsel for Plaintiffs in *Chacon* Action**


Dated: July 14, 2005                    THE FURTH FIRM LLP

                                        By: _____
                                        Alex C. Turan (Cal. Bar. No. 227273)
                                        THE FURTH FIRM LLP
                                        225 Bush Street, 15th Floor
                                        San Francisco, CA 94104
                                        Telephone: (415) 433-2070
                                        Facsimile: (415) 982-2076

                                        Attorneys for Plaintiffs Michael Brauch and
                                        Andrew Meimes

## THE FURTH FIRM LLP
ATTORNEYS AT LAW

225 BUSH STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 433-2070
FACSIMILE (415) 982-2076
www.furth.com

SONOMA COUNTY OFFICE
10300 CHALK HILL ROAD
HEALDSBURG, CA 95448
TELEPHONE (707) 838-4379
FACSIMILE (707) 838-9685

July 14, 2005

<u>VIA FEDERAL EXPRESS</u>

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004
Telephone: (202) 502-2800

Re: <u>*In Re Intel Market Practices Antitrust Litigation*,
MDL Docket No. (unassigned)</u>.

Dear Mr. Beck:

We represent Plaintiffs Michael Brauch and Andrew Meimes in connection with the above-referenced litigation. I enclose for filing the original and one copy of a Notice of Related Actions pertaining to recently filed actions, as well as an original Certificate of Service.

Please file-stamp and return the extra copy of the Notice to me in the enclosed self-addressed, stamped envelope.

Thank you for your assistance.

Very truly yours,

Alex C. Turan

<u>Enclosures</u>.

cc: Parties and counsel listed on the enclosed service list

56764.1