BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE INTEL MARKET PRACTICES      :
ANTITRUST LITIGATION              :    MDL DOCKET NO. _____
                                  :

<u>EXHIBITS TO PLAINTIFFS MICHAEL BRAUCH AND ANDREW MEIMES'
NOTICE OF RELATED ACTIONS</u>



56694.1