BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE INTEL MARKET PRACTICES
ANTITRUST LITIGATION

MDL DOCKET NO. _____

**EXHIBITS TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS MICHAEL BRAUCH AND ANDREW MEIMES' MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE FOR PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407**

56646.1