## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL K. SIMON, individually and on behalf all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 05-490-JJF |
| v. ) | |
| ) | |
| INTEL CORPORATION, ) ) | |
| Defendant. ) | |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings under 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL; or (2) 45 days after any such motion has been denied.   No prior extensions of time have been sought or granted.

Dated:  August 4, 2005

ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.

POTTER ANDERSON & CORROON LLP

_/s/ Jeffrey S. Goddess_
Jeffrey S. Goddess (#630)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567
jgoddess@rmgglaw.com

Of Counsel:

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

Attorneys for Plaintiff
MICHAEL K. SIMON

For Richard L. Horwitz (#2246)
W. Harding Drane (#1023)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Phone: (302) 984-6000
Facsimile: (302) 658-1192
rhorwitz@potteranderson.com
wdrane@potteranderson.com

Of Counsel:

BINGHAM McCUTCHEN LLP
David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Richard A. Ripley
1120 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 778-6101
Facsimile: (202) 393-6929

Attorneys for Defendant
INTEL CORPORATION


SO ORDERED this ___ day of _____, 2005.


_____
Joseph J. Farnan, Jr., U.S.D.J.


2