**BR&B**

*Barrack, Rodos & Bacine*
*A Partnership Including Professional Corporations*
Attorneys At Law
www.barrack.com

August 5, 2005



Leonard Barrack
Gerald J. Rodos
Daniel E. Bacine
Jeffrey A. Barrack
Stephen R. Basser*
Regina M. Calcaterra'
Jeffrey B. Gittleman**
Jeffrey W. Golan
John L. Haeussler*
Robert A. Hoffman**
M. Richard Komins
Marisa C. Livesay*
Leslie Bornstein Molder
David E. Robinson
Mark R. Rosen***
Keith H. Rutman*
Pearlette V. Toussant
Samuel M. Ward*

Of Counsel
Sheldon L. Albert
Donald C. Moss'

Admitted in PA, except:
*   Admitted in CA
**  Also admitted in NJ
*** Also admitted in CA & NJ
'   Admitted in NY

Main Office
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
215.963.0600
215.963.0838 Fax

California Office
402 West Broadway
Suite 850
San Diego, CA 92101
619.230.0800
619.230.1874 Fax

New Jersey Office
14 Kings Highway West
Third Floor
Haddonfield, NJ 08033
856.354.0707
856.354.9404 Fax

New York Office
170 E. 61st Street
Second Floor
New York, NY 10021
212.688.0782
212.688.0783 Fax

**VIA FIRST CLASS MAIL**

Clerk of Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

05-490 JJF

Re:  In re Intel Corp. Microprocessor Antitrust
     Litigation – MDL Docket No. 1717

Dear Sir or Madam:

The attached Certificate of Service was omitted from Plaintiff Michael K. Simon's Response to the Motion of Plaintiffs Michael Brauch and Andrew Meimes to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C. § 1407, in the above captioned litigation.

Sincerely,

Mark R. Rosen

MRR/lrr

Enclosure

**Barrack, Rodos & Bacine**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103



Clerk of Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

19801-3519