BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE INTEL CORP.           :
MICROPROCESSOR              :
ANTITRUST LITIGATION        :       MDL Docket No. 1717
_____ :

CERTIFICATE OF SERVICE

I, Mark R. Rosen, hereby certify that a true and correct copy of the foregoing Plaintiff Michael K. Simon's Response to the Motion of Plaintiffs Michael Brauch and Andrew Meimes to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C. § 1407 has been served upon counsel listed on the attached MDL service list, this 2nd day of August, 2005, via first class mail.

_____
MARK R. ROSEN