## SERVICE LIST

Lee M. Gordon
Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Telephone:    (213) 330-7150
Facsimile:    (213) 330-7152
**Counsel for Plaintiffs in *Lipton, Konieczka, Prohias, Hamilton and Niehaus* Actions**

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:    (206) 623-7292
Facsimile:    (206) 623-0594
**Counsel for Plaintiffs in *Lipton, Konieczka, Prohias, Hamilton and Niehaus* Actions**

Jeffrey F. Keller
Kathleen R. Scanlan
LAW OFFICES OF JEFFREY F. KELLER
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone:    (415) 543-1305
Facsimile:    (415) 543-7861
**Counsel for Plaintiffs in *Lipton, Konieczka, Prohias, Hamilton, Niehaus, Baxley, Naigow* and *Stoltz* Actions**

Jeffrey S. Goldenberg
John C. Murdock
MURDOCK GOLDENBERG SCHNEIDER & GROH, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
Telephone:    (513) 345-8291
Facsimile:    (513) 345-8294
**Counsel for Plaintiffs in *Konieczka and Niehaus* Actions**

Lance A. Harke
Howard M. Bushman
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
Telephone:   (305) 536-8222
Facsimile:   (305) 536-8229
**Counsel for Plaintiff in *Prohias* Action**

Francis O. Scarpulla
LAW OFFICES OF FRANCIS O. SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 788-7210
Facsimile:   (415) 788-0707
**Counsel for Plaintiffs in *Brauch, Lazio Family Products, Stanley and Cronin* Actions**

Craig C. Corbitt
ZELLE HOFMANN VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770
**Counsel for Plaintiffs in *Brauch, Lazio Family Products, Stanley and Cronin* Actions**

Mark Reinhardt
Garrett D. Blanchfield, Jr.
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
Telephone:   (651) 287-2100
Facsimile:   (651) 287-2103
**Counsel for Plaintiff in *Baxley* Action**

Eric J. Belfi
MURRAY FRANK & SAILER, LLP
275 Madison Avenue
New York, NY 10016
Telephone:   (212) 682-1818
Facsimile:   (212) 682-1892
**Counsel for Plaintiff in *Baxley* Action**

Michele C. Jackson
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111
Telephone:   (415) 956-1000
Facsimile:    (415) 956-1008
**Counsel for Plaintiff in *Frazier* Action**

David S. Stellings
Jennifer Gross
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY  10017-2024
Telephone:   (212) 355-9500
Facsimile:    (212) 355-9592
**Counsel for Plaintiff in *Frazier* Action**

Spencer Hosie
Bruce J. Wecker
HOSIE MCARTHUR LLP
One Market
Spear Street Tower, #2200
San Francisco, CA  94105
Telephone:   (415) 247-6000
Facsimile:    (415) 247-6001
**Counsel for Plaintiff in *Dickerson* Action**

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6813
**Counsel for Plaintiffs in *Harman Press, Shanghai 1930 Restaurant Partners,* and *Major League Softball* Actions**

**Randy R. Renick**
LAW OFFICES OF RANDY R. RENICK
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone:   (626) 585-9608
Facsimile:   (626) 585-9610
**Counsel for Plaintiffs in** *Harman Press, Shanghai 1930 Restaurant Partners,* **and** *Major League Softball* **Actions**

Scott R. Ames
SERRATORE AMES LLP
9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA 90212
Telephone:   (310) 205-2460
Facsimile:   (310) 205-2464
**Counsel for Plaintiff in** *Major League Softball* **Action**

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
22nd Floor, Architects Building
117 South 17th Street
Philadelphia, PA 19103
Telephone:   (215) 564-5182
Facsimile:   (215) 569-0958
**Counsel for Plaintiff in Allanoff Action**

Jesse A. Finkelstein
Frederick L. Cottrelll, III
Chad M. Shandler
Steven J. Fineman
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone:   (302) 651-7500
Facsimile:   (302) 651-7701
**Counsel for Plaintiffs in** *Advanced Micro Devices* **Action**

Charles P. Diamond
Linda J. Smith
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone:   (310) 246-6800
Facsimile:   (310) 246-6779
**Counsel for Plaintiffs in** *Advanced Micro Devices* **Action**

Mark A. Samuels
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:   (213) 430-6340
Facsimile:   (213) 430-6407
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19999
Telephone:   (302) 656-2500
Facsimile:   (302) 656-9053
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater*, *Volden*, *Baran*, *Czysz* and *Ludt* Actions**

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:   (619) 239-4599
Facsimile:   (619) 234-4599
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions**

Fred Taylor Isquith
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone:   (212) 545-4600
Facsimile:   (212) 545-4653
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions**

Mary Jane Edelstein Fait
Adam J. Levitt
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone:   (312) 984-0000
Facsimile:   (312) 984-0001
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions**

Tim Semelroth
RICCOLO & SEMELROTH, P.C.
425 Second Street SE, Suite 1140
Cedar Rapids, IA 52401
Telephone:   (319) 365-9200
Facsimile:   (319) 365-1114
**Counsel for Plaintiff Volden in *Volden* Action**

Ann Lugbill
2406 Auburn Avenue
Cincinnati, OH 45219
Telephone:   (513) 784-1280
Facsimile:   (513) 784-1449
**Counsel for Plaintiff Reeder in *Kidwell* Action**

Brandon N. Voelker
28 West 5th Street
Covington, KY 41011
Telephone:   (859) 491-5551
**Counsel for Plaintiff Reeder in *Kidwell* Action**

Gene Summerlin
OGBORN, SUMMERLIN & OGBORN, P.C.
210 Windsor Place
330 South Tenth Street
Lincoln, NE 68508
Telephone:   (402) 434-8040
Facsimile:   (402) 434-8044
**Counsel for Plaintiffs JWRE, Moeller and Harms in *Kidwell* Action**

Robert J. Sharkey
VANDERVOORT, CHRIST & FISHER, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, MI 49017
Telephone:    (269) 965-7000
Facsimile:    (269) 965-0646
**Counsel for Plaintiff Rainwater in *Rainwater* Action**

Richard A. Lockridge
Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:    (612) 339-6900
Facsimile:    (612) 339-0981
**Counsel for Plaintiffs Chapman and Bjork in *Rainwater* and *Volden* Actions**

Noah Golden-Krasner
LAW OFFICES OF NOAH GOLDEN-KRASNER
354 West Main Street
Madison, WI 53703
Telephone:    (608) 441-8924
Facsimile:    (608) 442-9494
**Counsel for Plaintiff Yaco in *Rainwater* Action**

Joel Friedlander
James G. McMillan, III
BOUCHARD MARGULES & FRIEDFLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone:    (302) 573-3500
Facsimile:    (302) 573-3501
**Counsel for Plaintiffs in *Kravitz* Action**

Daniel Hume
David Kovel
KIRBY MCINERNEY & SQUIRE LLP
830 Third Avenue
New York, NY 10022
Telephone:    (212) 371-6600
Facsimile:    (212) 751-2540
**Counsel for Plaintiffs in *Kravitz* Action**

Scott E. Chambers
Jeffrey J. Clark
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903
Telephone:   (302) 674-0140
Facsimile:   (302) 674-1830
**Counsel for Plaintiffs in *Ruccolo* Action**

James L. Holzman
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
Telephone:   (302) 888-6509
Facsimile:   (302) 658-8111
**Counsel for Plaintiffs in *Paul* and *Ambruoso* Actions**

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699
**Counsel for Plaintiffs in *Paul* Action**

Anthony J. Bolognese
Joshua Grabar
BOLOGNESE & Associates, LLC
One Penn Center Plaza
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Telephone:   (215) 814-6750
Facsimile:   (215) 814-6764
**Counsel for Plaintiffs in *Paul* Action**

Steven Benz
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (617) 371-1072
Facsimile: (617) 371-1037
**Counsel for Plaintiffs in *Law offices of Laurel Stanley and Cronin* Action**

Jeffrey S. Goddess
ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567
**Counsel for Plaintiffs in *Simon and Chacon* Actions**

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
**Counsel for Plaintiffs in *Simon* Action**

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
**Counsel for Plaintiffs in *Chacon* Action**

James E. Miller
Patrick Klingman
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412-1311
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
**Counsel for Plaintiffs in *Chacon* Action**

49934_1                                    9

Ira Neil Richards
R. Andrew Santillo
TRUJILLO RODRIGUEZ & RICHARDS, LLC
226 West Rittenhouse Square, The Penthouse
Philadelphia, PA 19103
Telephone: (215) 731-9004
Facsimile: (215) 731-9044
**Counsel for Plaintiffs in *Chacon* Action**

Douglas P. Dehler
THE DEHLER LAW FIRM, S.C.
250 North Sunnyslope Road, Suite 300
Brookfield, WI 53005
Telephone: (262) 780-7041
Facsimile: (262) 780-7057
**Counsel for Plaintiffs in *Chacon* Action**

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 570-8989
Facsimile: (954) 354-0205
**Counsel for Plaintiffs in *Chacon* Action**

Charles F. Speer
Donnamarie Landsberg
104 West 9th Street, Suite 304
Kansas City, MO 64105
Telephone: (816) 472-3560
Facsimile: (816) 421-2150
**Counsel for Plaintiff Vaught in *Volden* Action**

John R. Mininno
MININNO LAW OFFICES
475 White Horse Pike
Collingswood, NJ 08107-2909
Telephone: (856) 833-0600
Facsimile: (856) 833-9649
**Counsel for Plaintiffs in *Chacon* Action**

Russell M. Aoki
AOKI SAKAMOTO GRANT LLP
One Convention Place
701 Pike Street, Suite 1525
Seattle, WA 98101
Telephone:   (206) 624-1900
Facsimile:   (206) 442-4396
**Counsel for Plaintiff Stoltz in *Stoltz* Action**

Donald L. Perlman
Robert D. Liebenberg
FINE KAPLAN AND BLACK, RPC
1835 Market Street, 28th floor
Philadelphia, PA 19103
Telephone:   (215) 567-6565
Facsimile:   (215) 568-5872
**Counsel for Plaintiff Stoltz in *Stoltz* Action**

Shannon P. Cereghino
Ali Oromchian
Christine Pedigo
FINKELSTEIN, THOMPSON & LOUGHRAN
601 Montgomery Street, Suite 665
San Francisco 94111
Telephone:   (415) 398-8700
Facsimile:   (415) 398-8704
**Counsel for Plaintiff Walker in *Walker* Action**

Douglas C. Thompson, Jr.
Richard M. Volin
Karen J. Marcus
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, NW
Washington, DC 20007
Telephone:   (202) 337-8000
Facsimile:   (202) 337-8090
**Counsel for Plaintiff Walker in *Walker* Action**

Robert C. Schubert
Juden Justice Reed
Peter E. Borkon
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111
Telephone:   (415) 788-4220
Facsimile:   (415) 788-0161
**Counsel for Plaintiff Hewson in *Hewson* Action**

Kenneth A. Wexler
Edward A. Wallace
THE WEXLER FIRM LLP
One LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone:   (312) 346-2222
Facsimile:   (312) 346-0022
**Counsel for Plaintiff Naigow in *Naigow* Action**

Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:   (415) 563-7200
Facsimile:   (415) 346-0679
**Counsel for Plaintiff Lang in *Lang* Action**

Joseph M. Patane
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone:   (415) 563-7200
Facsimile:   (415) 346-0679
**Counsel for Plaintiff Lang in *Lang* Action**

Michael D. Gottsch
Daniel B. Scott
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone:   (610) 642-8500
Facsimile:   (610) 649-3633
**Counsel for Plaintiff Baran in *Baran* and *Czysz* Actions**

Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone:    (212) 687-1980
Facsimile:    (212) 687-7714
**Counsel for Plaintiff Ambruoso in *Ambruoso* Action**

Marvin A. Miller
Jennifer W. Sprengel
Matthew E. Van Tine
MILLER FAUCHER AND CAFFERTY LLP
30 North LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone:    (312) 782-4880
Facsimile:    (312) 782-4485
**Counsel for Plaintiff Ludt in *Ludt* Action**

Bryan Clobes
MILLER FAUCHER AND CAFFERTY LLP
One Logan Square, Suite 1700
Philadelphia, PA 19103
Telephone:    (215) 864-2800
Facsimile:    (215) 864-2810
**Counsel for Plaintiff Ludt in *Ludt* Action**

Michael P. Lehmann
Thomas P. Dove
Alex C. Turan
THE FURTH FIRM, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:    (415) 433-2070
Facsimile:    (415) 982-2076
**Counsel for Plaintiffs in *Brauch, Lazio Family Products, Stanley and Cronin* Actions**

Nancy L. Fineman
Bruce Lee Simon
Joseph W. Cotchett
Kelly L. Bulawsky
COTCHETT PITRE SIMON & MCCARTHY
840 Malcolm Road
Suite 200
Burlingame, CA 94101
Telephone:   (650) 697-6000
Facsimile:   (650) 697-0577
**Counsel for Plaintiffs in *Trotter-Vogel Realty* Action**

Richard A. Ripley
BINGHAM MCCUTCHEN LLP
1120 20th Street, N.W.
Suite 800
Washington, DC 20036
Telephone:   (202) 778-6150
Facsimile:   (202) 778-6155
**Counsel for Defendant Intel Corporation**

Joy K. Fuyuno
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone:   (415) 393-2000
Facsimile:   (415) 393-2286
**Counsel for Defendant Intel Corporation**

Intel Corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017
**Counsel for Defendant Intel Corporation**

Clerk of Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
Telephone:   (415) 522-2000

49934_1                                14

Clerk of Court
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA  92101-8900
Telephone:    (619) 557-5600

Clerk of Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801
Telephone:    (302) 573-6170