## Barrack, Rodos & Bacine
A Partnership Including Professional Corporations
Attorneys At Law
www.barrack.com

Leonard Barrack
Gerald J. Rodos
Daniel E. Bacine
Jeffrey A. Barrack
Stephen R. Basser*
Regina M. Calcaterra'
Jeffrey B. Gittleman**
Jeffrey W. Golan
John L. Haeussler*
Robert A. Hoffman**
M. Richard Komins
Marisa C. Livesay*
Leslie Bornstein Molder
David E. Robinson
Mark R. Rosen***
Keith H. Rutman*
Pearlette V. Toussant
Samuel M. Ward*

Of Counsel:
Sheldon L. Albert
Donald C. Moss'

Admitted in PA, except:
* Admitted in CA
** Also admitted in NJ
*** Also admitted in CA & NJ
' Admitted in NY

Main Office
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
215.963.0600
215.963.0838 Fax

California Office
402 West Broadway
Suite 850
San Diego, CA 92101
619.230.0800
619.230.1874 Fax

New Jersey Office
14 Kings Highway West
Third Floor
Haddonfield, NJ 08033
856.354.0707
856.354.9404 Fax

New York Office
170 E. 61st Street
Second Floor
New York, NY 10021
212.688.0782
212.688.0783 Fax



August 9, 2005

**VIA FEDERAL EXPRESS**
Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus, Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004
Telephone:    202 502-2800

CA. 05-490 SJF

Re:   *In re Intel Corp. Microprocessor Antitrust Litigation,*
      *MDL Docket No. 1717*

Dear Mr. Beck:

Enclosed please find the original and four copies of Plaintiff Michael K. Simon's Response to Motion of Plaintiff Justin Suarez to Transfer this Litigation to the Southern District of California, and in Further Support of his Motion to Transfer this Litigation to the District of Delaware, along with an original and four copies of the certificate of service and my Notice of Appearance. A computer disk containing these documents in Word Perfect format is also enclosed.

Thank you very much for your assistance.

Very truly yours,

Mark R. Rosen

MRR/lrr

Enclosures

cc:  Parties and counsel listed on the enclosed service list