**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE INTEL CORP. <br> MICROPROCESSOR <br> ANTITRUST LITIGATION : | MDL Docket No. 1717 |

**CERTIFICATE OF SERVICE**

I, Mark R. Rosen, hereby certify that a true and correct copy of the foregoing Plaintiff Michael K. Simon's Response to Motion of Plaintiff Justin Suarez to Transfer this Litigation to the Southern District of California, and in further Support of His Motion to Transfer this Litigation to the District of Delaware has been served upon counsel listed on the attached MDL service list, this 9th day of August, 2005, via first class mail.

_____
MARK R. ROSEN

## SERVICE LIST

Lee M. Gordon
Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Telephone:    (213) 330-7150
Facsimile:    (213) 330-7152
**Counsel for Plaintiffs in *Lipton, Konieczka, Prohias, Hamilton* and *Niehaus* Actions**

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:    (206) 623-7292
Facsimile:    (206) 623-0594
**Counsel for Plaintiffs in *Lipton, Konieczka, Prohias, Hamilton* and *Niehaus* Actions**

Jeffrey F. Keller
Kathleen R. Scanlan
LAW OFFICES OF JEFFREY F. KELLER
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone:    (415) 543-1305
Facsimile:    (415) 543-7861
**Counsel for Plaintiffs in *Lipton, Konieczka, Prohias, Hamilton, Niehaus, Baxley, Naigow* and *Stoltz* Actions**

Jeffrey S. Goldenberg
John C. Murdock
MURDOCK GOLDENBERG SCHNEIDER & GROH, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
Telephone:    (513) 345-8291
Facsimile:    (513) 345-8294
**Counsel for Plaintiffs in *Konieczka* and *Niehaus* Actions**

Lance A. Harke
Howard M. Bushman
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
Telephone:    (305) 536-8222
Facsimile:    (305) 536-8229
**Counsel for Plaintiff in *Prohias* Action**

Francis O. Scarpulla
LAW OFFICES OF FRANCIS O. SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 788-7210
Facsimile:    (415) 788-0707
**Counsel for Plaintiffs in *Brauch, Lazio Family Products, Stanley and Cronin* Actions**

Craig C. Corbitt
ZELLE HOFMANN VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
**Counsel for Plaintiffs in *Brauch, Lazio Family Products, Stanley and Cronin* Actions**

Mark Reinhardt
Garrett D. Blanchfield, Jr.
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
Telephone:    (651) 287-2100
Facsimile:    (651) 287-2103
**Counsel for Plaintiff in *Baxley* Action**

Eric J. Belfi
MURRAY FRANK & SAILER, LLP
275 Madison Avenue
New York, NY 10016
Telephone:    (212) 682-1818
Facsimile:    (212) 682-1892
**Counsel for Plaintiff in *Baxley* Action**

Michele C. Jackson
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008
**Counsel for Plaintiff in *Frazier* Action**

David S. Stellings
Jennifer Gross
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone:    (212) 355-9500
Facsimile:    (212) 355-9592
**Counsel for Plaintiff in *Frazier* Action**

Spencer Hosie
Bruce J. Wecker
HOSIE MCARTHUR LLP
One Market
Spear Street Tower, #2200
San Francisco, CA 94105
Telephone:    (415) 247-6000
Facsimile:    (415) 247-6001
**Counsel for Plaintiff in *Dickerson* Action**

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:    (415) 217-6810
Facsimile:    (415) 217-6813
**Counsel for Plaintiffs in *Harman Press, Shanghai 1930 Restaurant Partners,* and *Major League Softball* Actions**

Randy R. Renick
LAW OFFICES OF RANDY R. RENICK
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone:    (626) 585-9608
Facsimile:    (626) 585-9610
**Counsel for Plaintiffs in *Harman Press, Shanghai 1930 Restaurant Partners,* and *Major League Softball* Actions**

Scott R. Ames
SERRATORE AMES LLP
9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA 90212
Telephone:    (310) 205-2460
Facsimile:    (310) 205-2464
**Counsel for Plaintiff in *Major League Softball* Action**

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
22nd Floor, Architects Building
117 South 17th Street
Philadelphia, PA 19103
Telephone:    (215) 564-5182
Facsimile:    (215) 569-0958
**Counsel for Plaintiff in *Allanoff* Action**

Jesse A. Finkelstein
Frederick L. Cottrelll, III
Chad M. Shandler
Steven J. Fineman
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone:    (302) 651-7500
Facsimile:    (302) 651-7701
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Charles P. Diamond
Linda J. Smith
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone:    (310) 246-6800
Facsimile:    (310) 246-6779
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Mark A. Samuels
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:   (213) 430-6340
Facsimile:   (213) 430-6407
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19999
Telephone:   (302) 656-2500
Facsimile:   (302) 656-9053
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, Plaintiffs Rainwater, Chapman and Yaco in *Rainwater*, *Volden*, *Baran*, *Czysz* and *Ludt* Actions and Plaintiffs Genese, Elliott and Goldman in *Genese* Action**

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:   (619) 239-4599
Facsimile:   (619) 234-4599
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions**

Fred Taylor Isquith
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone:   (212) 545-4600
Facsimile:   (212) 545-4653
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions**

Mary Jane Edelstein Fait
Adam J. Levitt
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone:    (312) 984-0000
Facsimile:    (312) 984-0001
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions**

Tim Semelroth
RICCOLO & SEMELROTH, P.C.
425 Second Street SE, Suite 1140
Cedar Rapids, IA 52401
Telephone:    (319) 365-9200
Facsimile:    (319) 365-1114
**Counsel for Plaintiff Volden in *Volden* Action**

Ann Lugbill
2406 Auburn Avenue
Cincinnati, OH 45219
Telephone:    (513) 784-1280
Facsimile:    (513) 784-1449
**Counsel for Plaintiff Reeder in *Kidwell* Action**

Brandon N. Voelker
EDMUNDSON & ASSOCIATES
28 West 5th Street
Covington, KY 41011
Telephone:    (859) 491-5551
Fax:    (859) 491-0187
**Counsel for Plaintiff Reeder in *Kidwell* Action**

Gene Summerlin
OGBORN, SUMMERLIN & OGBORN, P.C.
210 Windsor Place
330 South Tenth Street
Lincoln, NE 68508
Telephone:    (402) 434-8040
Facsimile:    (402) 434-8044
**Counsel for Plaintiffs JWRE, Moeller and Harms in *Kidwell* Action**

Robert J. Sharkey
VANDERVOORT, CHRIST & FISHER, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, MI 49017
Telephone:   (269) 965-7000
Facsimile:    (269) 965-0646
**Counsel for Plaintiff Rainwater in *Rainwater* Action**

Richard A. Lockridge
Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:   (612) 339-6900
Facsimile:    (612) 339-0981
**Counsel for Plaintiffs Chapman and Bjork in *Rainwater* and *Volden* Actions**

Noah Golden-Krasner
LAW OFFICES OF NOAH GOLDEN-KRASNER
354 West Main Street
Madison, WI 53703
Telephone:   (608) 441-8924
Facsimile:    (608) 442-9494
**Counsel for Plaintiff Yaco in *Rainwater* Action**

Joel Friedlander
James G. McMillan, III
BOUCHARD MARGULES & FRIEDFLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone:   (302) 573-3500
Facsimile:    (302) 573-3501
**Counsel for Plaintiffs in *Kravitz* Action**

Daniel Hume
David Kovel
KIRBY MCINERNEY & SQUIRE LLP
830 Third Avenue
New York, NY 10022
Telephone:   (212) 371-6600
Facsimile:    (212) 751-2540
**Counsel for Plaintiffs in *Kravitz* Action**

Scott E. Chambers
Jeffrey J. Clark
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903
Telephone:    (302) 674-0140
Facsimile:    (302) 674-1830
**Counsel for Plaintiffs in *Arnold* and *Ruccolo* Actions**

James L. Holzman
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
Telephone:    (302) 888-6509
Facsimile:    (302) 658-8111
**Counsel for Plaintiffs in *Paul*, *Ambruoso*, *Boeding*, *Munson* and *Pines* Actions**

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699
**Counsel for Plaintiffs in *Paul* Action**

Anthony J. Bolognese
Joshua Grabar
BOLOGNESE & ASSOCIATES, LLC
One Penn Center Plaza
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Telephone:    (215) 814-6750
Facsimile:    (215) 814-6764
**Counsel for Plaintiffs in *Paul* Action**

Steven Benz
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
**Counsel for Plaintiffs in *Law offices of Laurel Stanley and Cronin* Action**

Jeffrey S. Goddess
ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567
**Counsel for Plaintiffs in *Simon and Chacon* Actions**

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
**Counsel for Plaintiffs in *Simon* Action**

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
**Counsel for Plaintiffs in *Chacon* Action**

James E. Miller
Patrick Klingman
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412-1311
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
**Counsel for Plaintiffs in *Chacon* Action**

49934_1          9

Ira Neil Richards
R. Andrew Santillo
TRUJILLO RODRIGUEZ & RICHARDS, LLC
226 West Rittenhouse Square, The Penthouse
Philadelphia, PA 19103
Telephone: (215) 731-9004
Facsimile: (215) 731-9044
**Counsel for Plaintiffs in *Chacon* Action**

Douglas P. Dehler
THE DEHLER LAW FIRM, S.C.
250 North Sunnyslope Road, Suite 300
Brookfield, WI 53005
Telephone: (262) 780-7041
Facsimile: (262) 780-7057
**Counsel for Plaintiffs in *Chacon* Action**

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 570-8989
Facsimile: (954) 354-0205
**Counsel for Plaintiffs in *Chacon* Action**

Charles F. Speer
Donnamarie Landsberg
104 West 9th Street, Suite 304
Kansas City, MO 64105
Telephone: (816) 472-3560
Facsimile: (816) 421-2150
**Counsel for Plaintiff Vaught in *Volden* Action**

John R. Mininno
MININNO LAW OFFICES
475 White Horse Pike
Collingswood, NJ 08107-2909
Telephone: (856) 833-0600
Facsimile: (856) 833-9649
**Counsel for Plaintiffs in *Chacon* Action**

Russell M. Aoki
AOKI SAKAMOTO GRANT LLP
One Convention Place
701 Pike Street, Suite 1525
Seattle, WA 98101
Telephone:     (206) 624-1900
Facsimile:     (206) 442-4396
**Counsel for Plaintiff Stoltz in *Stoltz* Action**

Donald L. Perlman
Robert D. Liebenberg
FINE KAPLAN AND BLACK, RPC
1835 Market Street, 28th floor
Philadelphia, PA 19103
Telephone:     (215) 567-6565
Facsimile:     (215) 568-5872
**Counsel for Plaintiff Stoltz in *Stoltz* Action**

Shannon P. Cereghino
Ali Oromchian
Christine Pedigo
FINKELSTEIN, THOMPSON & LOUGHRAN
601 Montgomery Street, Suite 665
San Francisco 94111
Telephone:     (415) 398-8700
Facsimile:     (415) 398-8704
**Counsel for Plaintiff Walker in *Walker* Action**

Douglas C. Thompson, Jr.
Richard M. Volin
Karen J. Marcus
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, NW
Washington, DC 20007
Telephone:     (202) 337-8000
Facsimile:     (202) 337-8090
**Counsel for Plaintiff Walker in *Walker* Action**

Robert C. Schubert
Juden Justice Reed
Peter E. Borkon
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111
Telephone:   (415) 788-4220
Facsimile:   (415) 788-0161
**Counsel for Plaintiff Hewson in *Hewson* Action**

Kenneth A. Wexler
Edward A. Wallace
THE WEXLER FIRM LLP
One LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone:   (312) 346-2222
Facsimile:   (312) 346-0022
**Counsel for Plaintiff Naigow in *Naigow* Action**

Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:   (415) 563-7200
Facsimile:   (415) 346-0679
**Counsel for Plaintiffs in *Lang* and *Juskiewicz* Actions**

Joseph M. Patane
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone:   (415) 563-7200
Facsimile:   (415) 346-0679
**Counsel for Plaintiffs in *Lang* and *Juskiewicz* Actions**

Michael D. Gottsch
Daniel B. Scott
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone:   (610) 642-8500
Facsimile:   (610) 649-3633
**Counsel for Plaintiff Baran in *Baran* and *Czysz* Actions**

Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone:  (212) 687-1980
Facsimile:   (212) 687-7714
**Counsel for Plaintiff Ambruoso in *Ambruoso* Action**

Marvin A. Miller
Jennifer W. Sprengel
Matthew E. Van Tine
MILLER FAUCHER AND CAFFERTY LLP
30 North LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone:  (312) 782-4880
Facsimile:   (312) 782-4485
**Counsel for Plaintiff Ludt in *Ludt* Action**

Bryan Clobes
MILLER FAUCHER AND CAFFERTY LLP
One Logan Square, Suite 1700
Philadelphia, PA 19103
Telephone:  (215) 864-2800
Facsimile:   (215) 864-2810
**Counsel for Plaintiff Ludt in *Ludt* Action**

Michael P. Lehmann
Thomas P. Dove
Alex C. Turan
THE FURTH FIRM, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:  (415) 433-2070
Facsimile:   (415) 982-2076
**Counsel for Plaintiffs in *Brauch, Lazio Family Products, Stanley and Cronin* Actions**

Nancy L. Fineman
Bruce Lee Simon
Joseph W. Cotchett
Kelly L. Bulawsky
COTCHETT PITRE SIMON & MCCARTHY
840 Malcolm Road
Suite 200
Burlingame, CA 94101
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577
**Counsel for Plaintiffs in *Trotter-Vogel Realty* Action**

Richard A. Ripley
BINGHAM MCCUTCHEN LLP
1120 20th Street, N.W.
Suite 800
Washington, DC 20036
Telephone:    (202) 778-6150
Facsimile:    (202) 778-6155
**Counsel for Defendant Intel Corporation**

Joy K. Fuyuno
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone:    (415) 393-2000
Facsimile:    (415) 393-2286
**Counsel for Defendant Intel Corporation**

Intel Corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017
**Counsel for Defendant Intel Corporation**

Clerk of Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
Telephone:    (415) 522-2000

Clerk of Court
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA  92101-8900
Telephone:    (619) 557-5600

Clerk of Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801
Telephone:    (302) 573-6170