**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE INTEL x86
MICROPROCESSOR LITIGATION

MDL Docket No. __1717___

**PLAINTIFF SUAREZ' MOTION TO
TRANSFER AND CONSOLIDATE OR COORDINATE
FOR PRETRIAL PROCEEDINGS IN THE SOUTHERN
DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407**

Plaintiff Justin Suarez in *Suarez v. Intel Corporation*, Case No. 05-CV-1507 (S.D.

Ca.), respectfully moves this Panel, pursuant to 28 U.S.C. § 1407 and Rule 7.2 of the

Rules of Procedure of the Judicial Panel on Multidistrict Litigation, to transfer all

pending and yet-to-be filed federal class actions against Intel Corporation ("Intel"),

alleging anticompetitive conduct or unfair business practices relating to x86

Microprocessors, to the United States District Court for the Southern District of

1

California. Pending actions are listed in the Schedule of Actions, attached hereto as Exhibit A.

In support of their motion for Transfer and Consolidation or Coordination, Plaintiff states as follows:

1.    The actions for which transfer and consolidation or coordination are proposed arise out of the same or similar illegal conduct and assert similar claims.

2.    Plaintiff Suarez proposes that the pending action filed in the Southern District of California be consolidated with those pending the Northern District of California and the District of Delaware.

3.    Consolidation or coordination of these proceedings will support the goals of judicial efficiency and reduced litigation costs, while avoiding procedural delays, duplicative discovery, and confusion among class members.

4.    The Southern District of California is the most appropriate transfer forum as it provides a forum convenient for both the witnesses and the parties free from potential juror local or industry bias.

5.    The Southern District is well suited to adjudicate issues of California law which are alleged in a number of the complaints, including AMD's[1] and Suarez'.

6.    Plaintiff's motion is based on the accompanying memorandum of law, the filed pleadings, and any other materials that may be presented to the Panel.

---

[1]    *Advanced Micro Devices, Inc. vs. Intel Corporation*, No. 1:2005CV00470, D. Del., filed June 27, 2005).

Plaintiff Suarez respectfully requests that the Panel order that the actions pending in the Northern District of California and the District of Delaware, as well as any cases that may be subsequently filed asserting related or similar claims, be transferred to the Southern District of California for consolidated or coordinated pretrial proceedings.

DATED: August 3, 2005                    Respectfully submitted,

Michael L. Kirby
Jonathan A. Boynton
**POST KIRBY NOONAN & SWEAT LLP**
600 West Broadway, Ste. 1100
San Diego, CA 92101
Telephone:    (619) 231-8666
Facsimile:    (619) 231-9593


Daniel J. Mogin
Lisa J. Frisella
Chad M. McManamy
**THE MOGIN LAW FIRM, P.C.**
110 Juniper Street
San Diego, CA 92101-1502
Telephone:    (619) 687-6611
Facsimile:    (619) 687-6610
Attorneys for Plaintiff Justin Suarez

# EXHIBIT A

## EXHIBIT A

## SCHEDULE OF ACTIONS

1.  *Advanced Micro Devices, Inc., a Delaware corporation, and AMD International Sales & Service, LTD., a Delaware corporation, Plaintiffs v. Intel Corporation, a Delaware corporation, and Intel Kabushiki Kaisha, a Japanese corporation, Defendants*, U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00441-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

2.  *Jim Kidwell, Mary Reeder, John Maita, JWRE, Inc., Chrystal Moeller, and Caresse Harms, on their own behalves and on behalf of all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00470-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

3.  *Robert J. Rainwater, Kathy Ann Chapman, and Sonia Yaco, on their own behalves and on behalf of all others similarly situated, Plaintiffs, v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00473-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

4.  *Matthew Kravitz and Raphael Allison, individually and on behalf of all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00476-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

5.  *Michael Ruccolo, individually, and on behalf of all others similarly situated, Plaintiff v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00478-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

6.  *Phil Paul, on behalf of himself and all others similarly situated, Plaintiffs, v. Intel Corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00485-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

7.  *Ryan James Volden, Charles Dupraz, Vanessa Z. Degeorge, Melissa Goeke, James R. Conley, Nancy Bjork, Tom Kidwell, and Jeff Vaught, on their own behalves and on behalf of all others similarly situated, Plaintiffs, v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00488-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

8.  *Ludy A. Chacon and Darice Russ, individually and on behalf of all others similarly situated, Plaintiffs, v . Intel Corporation, a Delaware corporation, Defendant*, U.S.

District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00489-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

9.  *Michael K. Simon, on behalf of himself and all others similarly situated, Plaintiffs, v. Intel Corporation, Defendant,* U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00490-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

10. *Christian Ambruoso, on behalf of himself and all others similarly situated, Plaintiff, v. Intel Corporation, Defendant,* U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00505-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

11. *Elizabeth Bruderle Baran, on behalf of herself and all others similarly situated, Plaintiff, v. Intel Corporation, a Delaware corporation, Defendant,* U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00508-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

12. *Paul C. Czysz, on behalf of himself and all others similarly situated, Plaintiff, v. Intel Corporation, Defendant,* U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00509-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

13. *Matthew E. Ludt, on behalf of himself and all others similarly situated, Plaintiff, v. Intel Corporation, Defendant,* U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00510-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

14. *Ficor Acquisition Co., LLC, d/b/a/ Mills & Greer Sporting Goods, Richard Caplan, Maria Pilar Salgado, Paula Nardella, Nancy Wolfe, Leslie March, Tom Hobbs, Andrew Marcus, and Virginia Deering, on their own behalves and on behalf of all others similarly situated, Plaintiffs, v. Intel Corporation, a Delaware corporation, Defendant,* U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00515-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

15. *Fairmont Orthopedics & Sports Medicine, P.A., on behalf of itelf and all others similarly situated, Plaintiffs, v. Intel Corporation, Defendant,* U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00519-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

16. *Law Offices of Kwasi Asiedu, on behalf of itself and all others similarly situated, Plaintiff, vs. Intel Corporation, a Delaware corporation, Defendant,* U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00520-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

17. *HP Consulting Services, Inc., on behalf of itself and all others similarly situated, Plaintiffs, v. Intel Corporation, Defendant,* U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00521-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

18.    *Lena K. Manyin and Jason Craig, on their own behalves and on behalf of all others similarly situated, Plaintiffs, v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00526-UNA, assigned to: Unassigned Judge

19.    *Carrol Cowan, Leonard Lorenzo, and Russell Dennis individually and on behalf of all others similarly situated, Plaintiffs, v. Intel Corporation, a Delaware corporation, and Does 1-100, Defendants*, U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00522-JJF, assigned to: Honorable Joseph J. Farnan, Jr.

20.    *Jerome Feitelberg, on behalf of himself and all others similarly situated, Plaintiff v. Intel Corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00532-UNA, assigned to: Unassigned Judge

21.    *Joseph Samuel Cone, on behalf of himself and all others similarly situated, Plaintiff v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00531-UNA, assigned to: Unassigned Judge

22.    *Robin S. Weeth, on behalf of himself, and all others similarly situated, Plaintiffs, v. Intel Corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00533-UNA, assigned to: Unassigned Judge

23.    *Maria Griffin, on behalf of herself and all others similarly situated, Plaintiff, v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00540-UNA, assigned to: Unassigned Judge

24.    *Melinda Harr, D.D.S., P.C., on behalf of itself and all others similarly situated, Plaintiffs, v. Intel Corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00537-UNA, assigned to: Unassigned Judge

25.    *Andrew S. Cohn, on behalf of himself and all others similarly situated, Plaintiff, v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00539-UNA, assigned to: Unassigned Judge

26.    *Henry Kornegay, on behalf of himself and all others similarly situated, Plaintiffs, v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00541-UNA, assigned to: Unassigned Judge

27.    *Paul Ramos, on behalf of himself and all others similarly situated, Plaintiff, v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00544-UNA, assigned to: Unassigned Judge

28.    *David E. Lipton and Dana F. Thibedeau, individually and on behalf of all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02669-MHP, assigned to: Hon. Marilyn H. Patel

29.    *Maria I. Prohias, individually and on behalf of all others similarly situated, Plaintiff v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02699-MHP, assigned to: Hon. Marilyn H. Patel

30.    *Ronald Konieczka, individually and on behalf of all others similarly situated, Plaintiff v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02700-MHP, assigned to: Hon. Marilyn H. Patel

31.    *Patricia Niehaus, individually and on behalf of all others similarly situated, Plaintiff v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02720-MHP, assigned to: Hon. Marilyn H. Patel

32.    *Steven J. Hamilton, individually and on behalf of all others similarly situated, Plaintiff v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02721-MHP, assigned to: Hon. Marilyn H. Patel

33.    *Michael Brauch, a resident of San Francisco, and Andrew Meimes, a resident of New York, on behalf of themselves and all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02743-MHP, assigned to: Hon. Marilyn H. Patel

34.    *Susan Baxley, individually and on behalf of all others similarly situated, Plaintiff v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02758-MHP, assigned to: Hon. Marilyn H. Patel

35.    *Huston Frazier, Jeanne Cook Frazier and Brian Weiner, on behalf of themselves and all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02813-MHP, assigned to: Hon. Marilyn H. Patel

36.    *Dwight E. Dickerson, a resident of Oakland, California, on behalf of himself and all others similarly situated, Plaintiff v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02818-MHP, assigned to: Hon. Marilyn H. Patel

37.   *The Harman Press, on behalf of itself and all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02823-MHP, assigned to: Hon. Marilyn H. Patel

38.   *Shanghai 1930 Restaurant Partners, L.P., on behalf of itself and all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02830-MHP, assigned to: Hon. Marilyn H. Patel

39.   *Majo League Softball, Inc., on behalf of itself and all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02831-MHP, assigned to: Hon. Marilyn H. Patel

40.   *Benjamin Allanoff, a resident of Topanga, California, on behalf of himself and all others similarly situated, Plaintiff v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02834-MHP, assigned to: Hon. Marilyn H. Patel

41.   *Law Offices of Laurel Stanley, a California business entity, on behalf of itself and all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02858-MHP, assigned to: Hon. Marilyn H. Patel

42.   *Lazio Family Products, a sole proprietorship located in Eureka, California, on behalf of itself and all others similarly situated, Plaintiff v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02859-MHP, assigned to: Hon. Marilyn H. Patel

43.   *Ian Walker, on behalf of itself and all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02882-MHP, assigned to: Hon. Marilyn H. Patel

44.   *Kevin Stoltz, individually and on behalf of all others similarly situated, Plaintiffs, v. Intel Corporation, a Delaware corporation, Defendant,* U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02897-MHP, assigned to: Hon. Marilyn H. Patel

45.   *Peter Jon Naigow, on behalf of itself and all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02898-MHP, assigned to: Hon. Marilyn H. Patel

46.    *Patrick J. Hewson, on behalf of itself and all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02916-MHP, assigned to: Hon. Marilyn H. Patel

47.    *Lawrence Lang, on behalf of itself and all others similarly situated, Plaintiffs v. Intel Corporation, a Delaware corporation, Defendant*, U.S. District Court, California Northern District (San Francisco), Case No. 3:05-cv-02957-MHP, assigned to: Hon. Marilyn H. Patel