POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

1

## CERTIFICATE OF SERVICE

2

JUDGE:        Jeffrey T. Miller
MAGISTRATE  Ruben B. Brooks

3 | Justin Suarez, et al. v. Intel Corp., et al.
U.S. District Court, Southern District of California Case No. 05-cv-1507 JM (RBB)

4

5

6

### Before the Judicial Panel on Multidistrict Litigation

### MDL # 1717

7

### In re Intel x86 Microprocessor Litigation

8

9    I, the undersigned, declare: That I am, and was at the time of service of the papers
herein referred to, over the age of eighteen years, and not a party to the action; and I am
10   employed in the County of San Diego, California, in which county the within-mentioned
mailing occurred. My business address is 600 West Broadway, Suite 1100, San Diego,
11   California 92101-3387.

12   On August 3, 2005, at San Diego, California, I served the following document(s)
described as:
13

14   •   MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE FOR
         PRETRIAL PROCEEDINGS IN THE SOUTHERN DISTRICT OF
15       CALIFORNIA PURSUANT TO 28 U.S.C. § 1407

16   •   BRIEF IN SUPPORT OF MOTION TO TRANSFER AND COORDINATE
         OR CONSOLIDATE FOR PRETRIAL PROCEEDINGS IN THE SOUTHERN
17       DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407

18   •   CERTIFICATE OF SERVICE

19   on the parties in said action by placing a true copy thereof in a separate sealed envelope for
each addressee named hereafter, addressed to each such addressee respectively as stated on the
20   attached service list, which reflects the address last given by each such addressee on any
document filed in the action and served on this office.

21   Clerk of the Court                        Clerk of the Court
United States District Court            United States District Court
22   Southern District of California        District of Delaware
800 Front Street, Suite 4290            J. Caleb Boggs Federal Building
23   San Diego, CA 92101-8900               844 N. King Street
                                         Wilmington, DE 19801
24

Clerk of the Court
25   United States District Court                **SEE ATTACHED MASTER**
Northern District of California                **SERVICE LIST**
26   450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
27

28

1    ☒    **BY MAIL:** I am readily familiar with our business practice for collecting, processing
2         and mailing correspondence and pleadings with the United States Postal Service. Such
          correspondence and pleadings are deposited with the United States Postal Service on
3         the same day that they are placed for mailing in the ordinary course of business. I
          sealed each envelope and, with the postage thereon fully prepaid, placed it for mailing
4         in accord with our business' practice. (C.C.P. § 1013(a) and (b))

5    ☒    **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United
          States of America that the foregoing is true and correct and that I am employed in the
6         office of a member of the bar of this Court at whose direction the service was made.

7         Executed on August 3, 2005, at San Diego, California.

8

9                                                    Rose M. Reynolds

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

# MASTER SERVICE LIST

*Advanced Micro Devices, Inc., et al. v. Intel Corporation*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00441-JJF

Advanced Micro Devices, Inc., and
AMD International Sales & Service, LTD.,
Plaintiffs

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: cottrell@rlf.com
Lead Attorney
Attorney to be noticed

Charles P. Diamond
O'Melveny & Myers, LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 553-6700
Pro Hac Vice
Email: CDiamond@omm.com
Attorney to be noticed

Linda J. Smith
O'Melveny & Myers, LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 553-6700
Pro Hac Vice
Email: lsmith@omm.com
Attorney to be noticed

Mark A. Samuels
O'Melveny & Myers, LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 553-6700
Pro Hac Vice
Email: MSamuels@omm.com
Attorney to be noticed

Intel Corporation and
Intel Kabushiki Kaisha,
Defendants

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email:  rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Pro Hac Vice
Email:  bernhard@howrey.com
Attorney to be noticed

*Jim Kidwell, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00470-JJF

| | |
|---|---|
| Jim Kidwell,<br>Mary Reeder,<br>John Maita,<br>JWRE, Inc.,<br>Chrystal Moeller, and<br>Caresse Harms, *on their own behalves and*<br>*on behalf of all others similarly situated*,<br>Plaintiffs | A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>Email: zacharynaylor@chimicles.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Robert J. Rainwater, et al. v. Intel Corporation*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00473-JJF

Robert J. Rainwater,
Kathy Ann Chapman, and
Sonia Yaco, *on their own behalves and on
behalf of all others similarly situated*,
Plaintiffs

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Email: zacharynaylor@chimicles.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

*Matthew Kravitz, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00476-JJF

Matthew Kravitz and
Raphael Allison, *individually and on behalf*
*of all others similarly situated*,
Plaintiffs

James Gordon McMillan, III
Bouchard Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
Email:  Jmcmillan@bmf-law.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email:  rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

*Michael Ruccolo, et al. v. Intel Corporation*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00478-JJF

| | |
|---|---|
| Michael Ruccolo, *individually and on behalf of all others similarly situated*, Plaintiff | Scott E. Chambers<br>Schmittinger & Rodriguez, P.A.<br>414 S. State St.<br>P.O. Box 497<br>Dover, DE 19903<br>(302) 674-0140<br>Email:  schambers@scbmittrod.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email:  rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Phil Paul, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00485-JJF

| | |
|---|---|
| Phil Paul, *on behalf of himself and all others similarly situated,* Plaintiff | James L. Holzman<br>Prickett, Jones & Elliott, P.A.<br>1310 King St.<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>Email:  jlholzman@prickett.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email:  rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Ryan James Volden, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00488-JJF

| | |
|---|---|
| Ryan James Volden,<br>Charles Dupraz,<br>Vanessa Z. DeGeorge,<br>Melissa Goeke,<br>James R. Conley,<br>Nancy Bjork,<br>Tom Kidwell,<br>Jeff Vaught, *on their own behalves and on*<br>*behalf of all others similarly situated*,<br>Plaintiffs | A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>Email: zacharynaylor@chimicles.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Ludy A. Chacon, et al. v . Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00489-JJF

Ludy A. Chacon and
Darice Russ, *individually and on behalf of all*
*others similarly situated*,
Plaintiffs

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Email:  jgoddess@rmgglaw.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email:  rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

*Michael K. Simon, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00490-JJF

| | |
|---|---|
| Michael K. Simon, *on behalf of himself and all others similarly situated,* Plaintiff | Jeffrey S. Goddess<br>Rosenthal, Monhait, Gross & Goddess<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>Email: jgoddess@rmgglaw.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Christian Ambruoso, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00505-JJF

Christian Ambruoso, *on behalf of himself
and all others similarly situated,* Plaintiff

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: jlholzman@prickett.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

*Elizabeth Bruderle Baran, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00508-JJF

| | |
|---|---|
| Elizabeth Bruderle Baran, *on behalf of herself and all others similarly situated,* Plaintiff | A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>Email: zacharynaylor@chimicles.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Paul C. Czysz, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00509-JJF

| | |
|---|---|
| Paul C. Czysz, *on behalf of himself and all others similarly situated,* Plaintiff | A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>Email: zacharynaylor@chimicles.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Matthew E. Ludt, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00510-JJF

| | |
|---|---|
| Michael E. Ludt, *on behalf of himself and all others similarly situated,* Plaintiff | A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>Email: zacharynaylor@chimicles.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Ficor Acquisition Co., LLC, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00515-JJF

| | |
|---|---|
| Ficor Acquisition Co. LLC., *doing business as* Mills & Greer Sporting Goods, Richard Caplan, Maria Pilar Salgado Paula Nardella, Nancy Wolfe, Leslie March, Tom Hobbs, Andrew Marcus, and Virginia Deering, *on their own behalves and on behalf of all others similarly situated*, Plaintiffs | A. Zachary Naylor Chimicles & Tikellis, LLP One Rodney Square P.O. Box 1035 Wilmington, DE 19899 (302) 656-2500 Email: zacharynaylor@chimicles.com Lead Attorney Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz Potter Anderson & Corroon, LLP 1313 N. Market St., Hercules Plaza, 6th Flr. P.O. Box 951 Wilmington, DE 19899-0951 (302) 984-6000 Email: rhorwitz@potteranderson.com Lead Attorney Attorney to be noticed |

*Fairmont Orthopedics & Sports Medicine, P.A., et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00519-JJF

| | |
|---|---|
| Fairmont Orthopedics & Sports Medicine PA, *on behalf of itself and all others similarly situated,* Plaintiffs | David William Gregory<br>Prickett, Jones & Elliott, P.A.<br>1310 King St.<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>Email:  dwgregory@prickett.com<br>Lead Attorney<br>Attorney to be noticed |

*Law Offices of Kwasi Asiedu, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00520-JJF

Law Offices of Kwasi Asiedu, *on behalf of itself and all others similarly situated,*
Plaintiffs

David William Gregory
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: dwgregory@prickett.com
Lead Attorney
Attorney to be noticed