*HP Consulting Services, Inc., et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00521-JJF

HP Consulting Services Inc., *on behalf of*
*itself and all others similarly situated,*
Plaintiffs

David William Gregory
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email:  dwgregory@prickett.com
Lead Attorney
Attorney to be noticed

*Lena K. Manyin, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00526-UNA

Lena K. Manyin and
Jason Craig, *on their own behalves and on
behalf of all others similarly situated*,
Plaintiffs

Scott E. Chambers
Schmittinger & Rodriguez, P.A.
414 S. State St.
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Email: schambers@scbmittrod.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com

*Carrol Cowan, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00522-JJF

| | |
|---|---|
| Carrol Cowan,<br>Leonard Lorenzo, and<br>Russell Dennis, *individually and on behalf of*<br>*all others similarly situated*, Plaintiffs | A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>Email: zacharynaylor@chimicles.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Jerome Feitelberg, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00532-UNA

| | |
|---|---|
| Jerome Feitelberg, *on behalf of himself and all others similarly situated,* Plaintiffs | James L. Holzman<br>Prickett, Jones & Elliott, P.A.<br>1310 King St.<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>Email: jlholzman@prickett.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email:  rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Joseph Samuel Cone, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00531-UNA

Joseph Samuel Cone, *on behalf of himself*
*and all others similarly situated,* Plaintiffs

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Email: jgoddess@rmgglaw.com
Lead Attorney
Attorney to be noticed

*Robin S. Weeth, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00533-UNA

Robin S. Weeth, *on behalf of himself and all others similarly situated,* Plaintiffs

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: jlholzman@prickett.com

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com

*Maria Griffin, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00540-UNA

Maria Griffin *on, behalf of herself and all*          Scott E. Chambers
*others similarly situated,* Plaintiffs                 Schmittinger & Rodriguez, P.A.
                                                        414 S. State St.
                                                        P.O. Box 497
                                                        Dover, DE 19903
                                                        (302) 674-0140
                                                        Email: schambers@scbmittrod.com
                                                        Lead Attorney
                                                        Attorney to be noticed

Intel Corporation, Defendant                            Richard L. Horwitz
                                                        Potter Anderson & Corroon, LLP
                                                        1313 N. Market St., Hercules Plaza, 6th Flr.
                                                        P.O. Box 951
                                                        Wilmington, DE 19899-0951
                                                        (302) 984-6000
                                                        Email: rhorwitz@potteranderson.com

*Melinda Harr, D.D.S., P.C., et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00537-UNA

Melinda Harr, D.D.S., P.C., *on behalf of*
*itself and all others similarly situated,*
Plaintiffs

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: jlholzman@prickett.com
Lead Attorney
Attorney to be noticed

*Andrew S. Cohn, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00539-UNA

| | |
|---|---|
| Andrew S. Cohn, *on behalf of himself and all others similarly situated,* Plaintiffs | Scott E. Chambers<br>Schmittinger & Rodriguez, P.A.<br>414 S. State St.<br>P.O. Box 497<br>Dover, DE 19903<br>(302) 674-0140<br>Email:  schambers@scbmittrod.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email:  rhorwitz@potteranderson.com |

*Henry Kornegay, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00541-UNA

| | |
|---|---|
| Henry Kornegay, *on behalf of himself and all others similarly situated,* Plaintiffs | James L. Holzman<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>Email: jholzman@prickett.com<br>Lead Attorney<br>Attorney to be noticed |

*Paul Ramos, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00544-UNA

Paul Ramos, *on behalf of himself and all*          Scott E. Chambers
*others similarly situated,* Plaintiffs             Schmittinger & Rodriguez, P.A.
                                                    414 S. State St.
                                                    P.O. Box 497
                                                    Dover, DE 19903
                                                    (302) 674-0140
                                                    Email: schambers@scbmittrod.com
                                                    Lead Attorney
                                                    Attorney to be noticed

*David E. Lipton, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco),
Case No. 3:05-cv-02669-MHP

David E. Lipton and
Dana F. Thibedeau, *individually and on
behalf of all others similarly situated*,
Plaintiffs

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: jkeller@jfkellerlaw.com
Lead Attorney
Attorney to be noticed

Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: tony@hbsslaw.com
Attorney to be noticed
Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Email: elain@hagens-berman.com
Attorney to be noticed

Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: kscanlan@jfkellerlaw.com
Attorney to be noticed

Lee M. Gordon
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Attorney to be noticed
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: steve@hbsslaw.com

|  | Attorney to be noticed |
|---|---|
| Michael Brauch,<br>Andrew Meimes, and<br>Benjamin Allanoff,<br>Movants | Michael P. Lehmann<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 433-2070<br>Email: mplehmann@furth.com<br>Lead Attorney<br>Attorney to be noticed |

Michael Brauch,
Andrew Meimes, and
Benjamin Allanoff,
Movants

Michael P. Lehmann
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: mplehmann@furth.com
Lead Attorney
Attorney to be noticed

Patrick J. Hewson,
Movant

Peter E. Borkon
Schubert & Reed LLP
Two Embarcadero Center
Suite 1600
San Francisco, CA 94111
(415) 788-4220
Email: pborkon@schubert-reed.com
Attorney to be noticed

Lawrence Lang, Movant

Mario Nunzio Alioto
Trump Alioto Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
(415) 346-0679
Email: malioto@tatp.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: julie.greenwald@bingham.com
Attorney to be noticed

*Maria I. Prohias, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02699-MHP

Maria I. Prohias, *individually and on behalf*          Anthony D. Shapiro
*of all others similarly situated,* Plaintiffs          Hagens Berman Sobol Shapiro LLP
                                                        1301 Fifth Avenue, Suite 2900
                                                        Seattle, WA 98101
                                                        (206) 623-7292
                                                        Email:  tony@hbsslaw.com
                                                        Lead Attorney
                                                        Attorney to be noticed

                                                        Elaine T. Byszewski
                                                        Hagens Berman Sobol Shapiro LLP
                                                        700 South Flower Street, Suite 2940
                                                        Los Angeles, CA 90017-4101
                                                        Email:  elain@hagens-berman.com
                                                        Lead Attorney
                                                        Attorney to be noticed

                                                        Howard M. Bushman
                                                        Harke & Clasby LLP
                                                        155 South Miami Avenue, Suite 600
                                                        Miami, FL 33130
                                                        (305) 536-8222
                                                        Email:  hbushman@harkeclasby.com
                                                        Lead Attorney
                                                        Attorney to be noticed

                                                        Jeffrey F. Keller
                                                        Law Offices of Jeffrey F. Keller
                                                        425 Second Street, Suite 500
                                                        San Francisco, CA 94107
                                                        (415) 543-1305
                                                        Email:  jkeller@jfkellerlaw.com
                                                        Lead Attorney
                                                        Attorney to be noticed

                                                        Kathleen R. Scanlan
                                                        Law Offices of Jeffrey F. Keller
                                                        425 Second Street, Suite 500
                                                        San Francisco, CA 94107
                                                        (415) 543-1305
                                                        Email:  kscanlan@jfkellerlaw.com
                                                        Lead Attorney

Attorney to be noticed

Lance C. Harke
Harke & Clasby, LLP
155 So. Miami Avenue, Suite 600
Miami, FL 33131
(305) 536-8222
Email: lharke@harkeclasby.com
Lead Attorney
Attorney to be noticed

Lee M. Gordon
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
(213) 330-7150
Lead Attorney
Attorney to be noticed

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: steve@hbsslaw.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: julie.greenwald@bingham.com
Attorney to be noticed

*Ronald Konieczka, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02700-MHP

Ronald Konieczka, *individually and on*
*behalf of all others similarly situated*,
Plaintiffs

Jeffrey S. Goldenberg
Murdock Goldenberg Schneider & Groh,
P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
(513) 345-8291
Lead Attorney
Attorney to be noticed

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: jkeller@jfkellerlaw.com
Lead Attorney
Attorney to be noticed

Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: tony@hbsslaw.com
Attorney to be noticed

Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Email: elain@hagens-berman.com
Attorney to be noticed

John C. Murdock
Murdock Goldenberg Schneider & Groh,
L.P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
(513) 345-8291
Attorney to be noticed

.

Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: kscanlan@jfkellerlaw.com
Attorney to be noticed

Lee M. Gordon
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
(213) 330-7150
Attorney to be noticed

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: steve@hbsslaw.com
Attorney to be noticed

Intel Corporation, Defendant          Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: julie.greenwald@bingham.com
Attorney to be noticed

*Patricia Niehaus, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02720-MHP

Patricia M. Niehaus, *individually and on behalf of all others similarly situated*, Plaintiffs

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email:  jkeller@jfkellerlaw.com
Lead Attorney
Attorney to be noticed

Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email:  tony@hbsslaw.com
Attorney to be noticed

Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Email:  elain@hagens-berman.com
Attorney to be noticed

Jeffrey S. Goldenberg
Murdock Goldenberg Schneider & Groh,
P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
(513) 345-8291
Attorney to be noticed

John C. Murdock
Murdock Goldenberg Schneider & Groh,
L.P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
(513) 345-8291
Attorney to be noticed

Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller

425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: kscanlan@jfkellerlaw.com
Attorney to be noticed

Lee M. Gordon
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
(213) 330-7150
Attorney to be noticed

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: steve@hbsslaw.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: julie.greenwald@bingham.com
Attorney to be noticed

*Steven J. Hamilton, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02721-MHP

Steve J. Hamilton, *individually and on behalf*
*of all others similarly situated*, Plaintiffs

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: jkeller@jfkellerlaw.com
Lead Attorney
Attorney to be noticed

Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: tony@hbsslaw.com
Attorney to be noticed

Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
(213) 330-7150
Email: elain@hagens-berman.com
Attorney to be noticed

Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: kscanlan@jfkellerlaw.com
Attorney to be noticed

Lee M. Gordon
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
(213) 330-7150
Attorney to be noticed

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: steve@hbsslaw.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: julie.greenwald@bingham.com
Attorney to be noticed

*Michael Brauch, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02743-MHP

| | |
|---|---|
| Michael Brauch and<br>Andrew Meimes, *on behalf of themselves*<br>*and all others similarly situated,* Plaintiffs | Michael P. Lehmann<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 433-2070<br>Email: mplehmann@furth.com<br>Lead Attorney<br>Attorney to be noticed |
| | Alex C. Turan<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 433-2070<br>Email: aturan@furth.com<br>Attorney to be noticed |
| | Frederick P. Furth<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 433-2070<br>Attorney to be noticed |
| | Thomas Patrick Dove<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 433-2070<br>Email: tdove@furth.com<br>Attorney to be noticed |
| Intel Corporation, Defendant | Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br>Email: joy.fuyuno@bingham.com<br>Lead Attorney<br>Attorney to be noticed |

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: julie.greenwald@bingham.com
Attorney to be noticed