*Susan Baxley, et al.v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02758-MHP


| Susan Baxley, *individually and on behalf of all others similarly situated*, Plaintiffs | Jeffrey F. Keller<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>(415) 543-1305<br>Email: jkeller@jfkellerlaw.com<br>Lead Attorney<br>Attorney to be noticed |
|---|---|
| | Eric J. Belfi<br>Murray Frank & Sailer, LLP<br>275 Madison Avenue<br>New York, NY 10016<br>(212) 682-1818<br>Email: ebelfi@murrayfrank.com<br>Attorney to be noticed |
| | Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>East 1250 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101<br>(651) 287-2100<br>Email: g.blanchfield@rwblawfirm.com<br>Attorney to be noticed |
| | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield<br>East 1250 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101<br>(651) 287-2100<br>Attorney to be noticed |
| Intel Corporation, Defendant | Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br>Email: joy.fuyuno@bingham.com |

Lead Attorney
Attorney to be noticed

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email:  julie.greenwald@bingham.com
Attorney to be noticed

*Huston Frazier, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02813-MHP

Huston Frazier,
Jeanne Cook Frazier, and
Brian Weiner,
Plaintiffs

David S. Stellings
Lieff Cabraser Heimann & Bernstein LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500
Lead Attorney
Attorney to be noticed

Jennifer Gross
Lieff Cabraser Heimann & Bernstein LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500
Lead Attorney
Attorney to be noticed

Michele Chickerell Jackson
Lieff Cabraser Heimann & Bernstein LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500
Email: mjackson@lchb.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Dwight E. Dickerson, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02818-MHP

| | |
|---|---|
| Dwight E. Dickerson, *on behalf of himself and all others similarly situated*, Plaintiffs | Bruce J. Wecker<br>Hosie McArthur LLP<br>One Market, Spear Street Tower<br>22nd Floor<br>San Francisco, CA 94105<br>(415) 247-6000<br>Email: bwecker@hosielaw.com<br>Lead Attorney<br>Attorney to be noticed |
| | Spencer Hosie<br>Hosie McArthur LLP<br>One Market, Spear Street Tower<br>22nd Floor<br>San Francisco, CA 94105<br>(415) 247-6000<br>Email: bwecker@hosielaw.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br>Email: joy.fuyuno@bingham.com<br>Lead Attorney |
| | Christopher B. Hockett<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br>Email: chris.hockett@bingham.com<br>Attorney to be noticed |

*The Harman Press, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02823-MHP

| | |
|---|---|
| The Harman Press, *on behalf of itself and all others similarly situated,* Plaintiffs | Richard Alexander Saveri<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: rick@saveri.com<br>Lead Attorney<br>Attorney to be noticed |
| | Cadio Zirpoli<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: zirpoli@saveri.com<br>Attorney to be noticed |
| | Geoffrey C. Rushing<br>Saveri & Saveri<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: grushing@saveri.com<br>Attorney to be noticed |
| | Guido Saveri<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: guido@saveri.com<br>Attorney to be noticed |
| | Randy R. Renick<br>Law Offices of Randy Renick<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>(626) 585-960<br>Attorney to be noticed |
| Intel Corporation, Defendant | Joy K. Fuyuno<br>Bingham McCutchen LLP |

Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Shanghai 1930 Restaurant Partners, L.P., et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02830-MHP

| | |
|---|---|
| Shanghai 1930 Restaurant Partners, L.P., *on behalf of itself and all others similarly situated,* Plaintiffs | Richard Alexander Saveri<br>Saveri & Saveri<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: rick@saveri.com<br>Lead Attorney<br>Attorney to be noticed |
| | Cadio Zirpoli<br>Saveri & Saveri<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: zirpoli@saveri.com<br>Attorney to be noticed |
| | Geoffrey C. Rushing<br>Saveri & Saveri<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: grushing@saveri.com<br>Attorney to be noticed |
| | Guido Saveri<br>Saveri & Saveri<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: guido@saveri.com<br>Attorney to be noticed |
| | Randy R. Renick<br>Law Offices of Randy Renick<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>(626) 585-960<br>Attorney to be noticed |
| Intel Corporation, Defendant | Joy K. Fuyuno<br>Bingham McCutchen LLP |

Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Major League Softball, Inc., et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02831-MHP

| | |
|---|---|
| Major League Softball, Inc., *on behalf of itself and all others similarly situated,* Plaintiffs | Richard Alexander Saveri Saveri & Saveri 111 Pine Street, Suite 1700 San Francisco, CA 94111 (415) 217-6810 Email: rick@saveri.com Lead Attorney Attorney to be noticed |
| | Cadio Zirpoli Saveri & Saveri 111 Pine Street, Suite 1700 San Francisco, CA 94111 (415) 217-6810 Email: zirpoli@saveri.com Attorney to be noticed |
| | Geoffrey C. Rushing Saveri & Saveri 111 Pine Street, Suite 1700 San Francisco, CA 94111 (415) 217-6810 Email: grushing@saveri.com Attorney to be noticed |
| | Guido Saveri Saveri & Saveri 111 Pine Street, Suite 1700 San Francisco, CA 94111 (415) 217-6810 Email: guido@saveri.com Attorney to be noticed |
| | Randy R. Renick Law Offices of Randy Renick 128 North Fair Oaks Avenue, Suite 204 Pasadena, CA 91103 (626) 585-960 Attorney to be noticed |

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Benjamin Allanoff, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02834-MHP

| | |
|---|---|
| Benjamin Allanoff, *on behalf of himself and all others similarly situated,* Plaintiffs | Michael P. Lehmann<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 433-2070<br>Email:  mplehmann@furth.com<br>Lead Attorney<br>Attorney to be noticed |
| | Alex C. Turan<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 433-2070<br>Email:  aturan@furth.com<br>Attorney to be noticed |
| | Daniel B. Allanoff<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>117 South 17th Street<br>22nd Floor, Architects Building<br>Philadelphia, PA 19103<br>(215) 564-5182<br>Attorney to be noticed |
| | Frederick P. Furth<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 433-2070<br>Attorney to be noticed |
| | Steven J. Greenfogel<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>117 South 17th Street<br>22nd Floor, Architects Building<br>Philadelphia, PA 19103<br>(215) 564-5182<br>Attorney to be noticed |
| | Thomas Patrick Dove<br>The Furth Firm LLP |

225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: tdove@furth.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Law Offices of Laurel Stanley, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02858-MHP

Law Offices of Laurel Stanley, and
William Cronin, on behalf of itself and all
others similarly situated, Plaintiffs

Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700
Lead Attorney
Attorney to be noticed

Judith A. Zahid
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700
Email: jzahid@zelle.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Lazio Family Products, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02859-MHP

Lazio Family Products, *on behalf of itself and all others similarly situated,* Plaintiffs

Michael P. Lehmann
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: mplehmann@furth.com
Lead Attorney
Attorney to be noticed

Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: aturan@furth.com
Attorney to be noticed

Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700
Lead Attorney
Attorney to be noticed

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 788-7210
Email: foslaw@pacbell.net
Attorney to be noticed

Frederick P. Furth
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Attorney to be noticed

Thomas Patrick Dove
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: tdove@furth.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Ian Walker, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02882-MHP

Ian Walker, *on behalf of himself and all*
*others similarly situated,* Plaintiffs

Ali Oromchian
Finkelstein Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco, CA 94111
(415) 398-8700
Email: ao@ftllaw.com
Lead Attorney
Attorney to be noticed

Christine G. Pedigo
Finkelstein Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco, CA 94111
(415) 398-8700
Email: cgp@ftllaw.com
Lead Attorney
Attorney to be noticed

Douglas G. Thompson, Jr.
Finkelstein Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco, CA 94111
(415) 398-8700
Lead Attorney
Attorney to be noticed

Karen J. Marcus
Finkelstein Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000
Lead Attorney
Attorney to be noticed

Richard M. Volin
Finkelstein Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000
Lead Attorney

Attorney to be noticed

Shannon P. Cereghino
Finkelstein Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco, CA 94111
(415) 398-8700
Email:  spc@ftllaw.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant                    Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email:  joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

*Kevin Stoltz, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02897-MHP

| | |
|---|---|
| Kevin Stoltz, *individually and on behalf of all others similarly situated*, Plaintiffs | Jeffrey F. Keller<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>(415) 543-1305<br>Email: jkeller@jfkellerlaw.com<br>Lead Attorney<br>Attorney to be noticed |
| | Donald L. Perelman<br>Fine Kaplan & Black RPC<br>1835 Markel Street, 28th Floor<br>Philadelphia, PA 19103<br>(215) 567-6565<br>Attorney to be noticed |
| | Roberta D. Liebenberg<br>Fine Kaplan & Black RPC<br>1835 Markel Street, 28th Floor<br>Philadelphia, PA 19103<br>(215) 567-6565<br>Attorney to be noticed |
| | Russell M. Aoki<br>Aoki Sakamoto Grant LLP<br>One Convention lace<br>701 Pike Street, Suite 1525<br>Seattle, WA 98101<br>(206) 624-1400<br>Attorney to be noticed |
| Intel Corporation, Defendant | Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br>Email: joy.fuyuno@bingham.com<br>Lead Attorney<br>Attorney to be noticed |

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Peter Jon Naigow, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02898-MHP

| | |
|---|---|
| Peter Jon Naigow, *individually and on behalf of all others similarly situated*, Plaintiffs | Jeffrey F. Keller<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>(415) 543-1305<br>Email: jkeller@jfkellerlaw.com<br>Lead Attorney<br>Attorney to be noticed |

Edward A. Wallace
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 346-2222
Attorney to be noticed

Kenneth A. Wexler
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 346-2222
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Patrick J. Hewson, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02916-MHP

Patrick J. Hewson, *on behalf of himself and*          Juden Justice Reed
*all others similarly situated,* Plaintiffs             Schubert & Reed LLP
                                                        Two Embarcadero Center
                                                        Suite 1600
                                                        San Francisco, CA 94111
                                                        (415) 788-4220
                                                        Email: jreed@schubert-reed.com
                                                        Lead Attoarney
                                                        Attorney to be noticed

                                                        Robert C. Schubert
                                                        Schubert & Reed LLP
                                                        Two Embarcadero Center
                                                        Suite 1600
                                                        San Francisco, CA 94111
                                                        (415) 788-4220
                                                        Email: rschubert@schubert-reed.com
                                                        Attorney to be noticed

                                                        Peter E. Borkon
                                                        Schubert & Reed LLP
                                                        Two Embarcadero Center
                                                        Suite 1600
                                                        San Francisco, CA 94111
                                                        (415) 788-4220
                                                        Email: pborkon@schubert-reed.com
                                                        Attorney to be noticed

Intel Corporation, Defendant                            Joy K. Fuyuno
                                                        Bingham McCutchen LLP
                                                        Three Embarcadero Center
                                                        San Francisco, CA 94111-4067
                                                        (415) 393-2000
                                                        Email: joy.fuyuno@bingham.com
                                                        Lead Attorney
                                                        Attorney to be noticed

*Lawrence Lang, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02957-MHP


Lawrence Lang, *on behalf of himself and all*          Joseph M. Patane
*others similarly situated,* Plaintiffs                Law Office of Joseph M. Patane
                                                       2280 Union Street
                                                       San Francisco, CA 94123
                                                       (415) 563-7200
                                                       Email:  jpatane@tatp.com
                                                       Lead Attorney
                                                       Attorney to be noticed

                                                       Mario Nunzio Alioto
                                                       Trump Alioto Trump & Prescott LLP
                                                       2280 Union Street
                                                       San Francisco, CA 94123
                                                       (415) 346-0679
                                                       Email:  malioto@tatp.com
                                                       Attorney to be noticed

Intel Corporation, Defendant                           Joy K. Fuyuno
                                                       Bingham McCutchen LLP
                                                       Three Embarcadero Center
                                                       San Francisco, CA 94111-4067
                                                       (415) 393-2000
                                                       Email:  joy.fuyuno@bingham.com
                                                       Lead Attorney
                                                       Attorney to be noticed